**Motion Granted; Order filed March 27, 2014**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-01082-CR**
**NO. 14-13-01083-CR**
_____

**REGINALD DAMON PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 12CR3442 & 12CR3443**

---

## ORDER

Appellant filed a motion to supplement the record with the original of **State's exhibit 123, a videotape.**

The clerk of the 10th District Court is directed to deliver to the clerk of this court the original of State's exhibit 123, a videotape, on or before **April 10, 2014.** The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 123, a videotape, to the clerk of the 10th District Court.

Appellant's brief is on or before **May 12, 2014.**

PER CURIAM